IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**KEVIN JAMES CLINE,**

      Petitioner,

v.                                   **CIVIL ACTION NO. 2:10-CV-117**
                                            **CRIMINAL ACTION NO. 2:09-CR-07-1**
                                              **(BAILEY)**

**UNITED STATES OF AMERICA,**

      Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before the Court for consideration of the Report and Recommendation ("R&R") of United States Magistrate Judge John S. Kaull [Civ. Doc. 8; Crim. Doc. 102], filed November 14, 2011.  In that filing, the magistrate judge recommends that this Court deny the petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence [Civ. Doc. 1; Crim. Doc. 91], filed October 22, 2011.

Pursuant to 28 U.S.C. § 636 (b)(1)(c), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made.  However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  **Thomas v. Arn**, 474 U.S. 140, 150 (1985).  In addition, failure to file timely objections constitutes a waiver of *de novo* review and the right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); **Snyder v.**

*Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); **United States v. Schronce**, 727 F.2d 91, 94 (4th Cir. 1984).  Here, objections to Magistrate Judge Kaull's R&R were due by January 4, 2012, pursuant to 28 U.S.C. § 636(b)(1).[1]  To date, no objections have been filed.  Accordingly, this Court will review the R&R for clear error.

Upon careful review, it is the opinion of this Court that the magistrate judge's Report and Recommendation **[Civ. Doc. 8; Crim. Doc. 102]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated therein.  As such, this Court hereby **DENIES** and **DISMISSES WITH PREJUDICE** the petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence **[Civ. Doc. 1; Crim. Doc. 91]**.  Accordingly, this Court hereby **DIRECTS** the Clerk to enter judgment in favor of the respondent and to strike this matter from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* petitioner.

**DATED:** January 9, 2012.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

---

[1] It appearing to the Court that the petitioner is housed at FCI Ashland instead of FCI Morgantown, this Court directed the Clerk to mail a copy of the R&R to the petitioner at that facility [Crim. Doc. 105].  The docket reflects that service was accepted on December 18, 2011 [Crim. Doc. 106].